# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAVID H. SITRICK<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION, INC.,<br><br>Defendant. | Case No.: 02-CV-07143<br><br>Judge James B. Moran<br><br>**NOTICE AND PROPOSED ORDER REGARDING DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

Plaintiff David H. Sitrick, by and through his counsel, hereby requests that this entire action, including the complaint filed in this action, shall be dismissed <u>with prejudice</u> immediately by the Court. The parties have agreed that each party is to bear its own attorneys' fees and costs with respect to this action and any such dismissal.

Respectfully submitted,

MARSHALL, GERSTEIN & BORUN

By: _____
Andrew C. Warnecke
Attorneys for Plaintiff
DAVID H. SITRICK

Dated: February 10, 2003

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **10th day of February 2003**, the foregoing **NOTICE AND PROPOSED ORDER REGARDING DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** was served via U.S. First Class Mail to:

Christopher A. Vanderlaan
IRELL & MANELLA LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276

Attorneys for Defendant
ACTIVISION, INC.

With a courtesy copy being sent via U.S. First Class Mail to:

Martin Korn
LOCKE, LIDDELL & SAPP LLP
2200 Ross Avenue
Suite 2200
Dallas, Texas 75201-6776

Andrew C. Warnecke
MARSHALL, GERSTEIN & BORUN
6300 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448